JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN WEBSTER ALSTON, ) | NO. EDCV 07-01265 SGL (SS) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| JERRY L. PETTIS MEMORIAL ) VETERANS AFFAIRS MEDICAL CENTER ) LOMA LINDA, et al., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4-2-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE